1  DENNIS S. ELLIS (SB# 178196)
   JASON M. FRANK (SB# 190957)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   dennisellis@paulhastings.com
3  jasonfrank@paulhastings.com
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
5  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
6
   Attorneys for Plaintiff and Counterdefendant
7  GE HEALTHCARE FINANCIAL SERVICES,
   a component of GENERAL ELECTRIC
8  CAPITAL CORPORATION

9  Attorneys for Counterdefendant GE HEALTHCARE,
   a division of General Electric Company
10 (formerly known as GE MEDICAL SYSTEMS)

11                    UNITED STATES DISTRICT COURT
12                    EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUAL IMAGING SYSTEMS, INC. d/b/a CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN,<br><br>Defendants and Counterclaimants,<br><br>vs.<br><br>GE HEALTHCARE FINANCIAL SERVICES and GENERAL ELECTRIC MEDICAL SYSTEMS COMPANY,<br><br>Counterdefendants. | CASE NO. CIV-S-03-1109-GEB DAD<br><br>**SUBSTITUTION OF ATTORNEY FOR GE HEALTHCARE FINANCIAL SERVICES AND GE HEALTHCARE, FORMERLY KNOWN AS GE MEDICAL SYSTEMS, PURSUANT TO LOCAL RULE 83-182(G); AND PROPOSED ORDER** |

LEGAL_USE/4152838.1
09/19/05

**SUBSTITUTION OF ATTORNEY**

1	Pursuant to Local Rule 83-182(g), please take notice that the law firm
2	of Paul, Hastings, Janofsky & Walker LLP, and counsel Dennis S. Ellis and Jason
3	M. Frank are replacing the law firm of Sidley, Austin, Brown & Wood LLP and
4	counsel Kathleen L. Roach as attorneys of record in this matter for plaintiff and
5	counterdefendant GE Healthcare Financial Services, a component of General
6	Electric Capital Corporation and counterdefendant GE Healthcare, a division of
7	General Electric Corporation. (GE Healthcare was formerly known as General
8	Electric Medical Systems Company).

10	Please direct future notices and pleadings to: Dennis S. Ellis, Esq. and
11	Jason M. Frank, Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street,
12	Twenty-Fifth Floor, Los Angeles, California 90071.

14	I agree to the above substitution:

16	DATED: September 21, 2005        DENNIS S. ELLIS
                                 JASON M. FRANK
                                 PAUL, HASTINGS, JANOFSKY & WALKER
17                               LLP

19	By: _____
                                     JASON M. FRANK

22	I agree to the above substitution:

23	DATED: September __, 2005        KATHLEEN L. ROACH
24	                                 SIDLEY, AUSTIN, BROWN & WOOD LLP

26	By: _____
                                     KATHLEEN L. ROACH

LEGAL_US/E/41528381
09/19/05                        -2-
                    **SUBSTITUTION OF ATTORNEY**

Pursuant to Local Rule 83-182(g), please take notice that the law firm of Paul, Hastings, Janofsky & Walker LLP, and counsel Dennis S. Ellis and Jason M. Frank are replacing the law firm of Sidley, Austin, Brown & Wood LLP and counsel Kathleen L. Roach as attorneys of record in this matter for plaintiff and counterdefendant GE Healthcare Financial Services, a component of General Electric Capital Corporation and counterdefendant GE Healthcare, a division of General Electric Corporation. (GE Healthcare was formerly known as General Electric Medical Systems Company).

Please direct future notices and pleadings to: Dennis S. Ellis, Esq., Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071.

I agree to the above substitution:

DATED: September___, 2005   DENNIS S. ELLIS
JASON M. FRANK
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
       JASON M. FRANK

I agree to the above substitution:

DATED: September 21, 2005   KATHLEEN L. ROACH
SIDLEY, AUSTIN, BROWN & WOOD LLP

By:_____
       KATHLEEN L. ROACH

1  I agree to the above substitution:

2  DATED: September 19, 2005   GE HEALTHCARE FINANCIAL SERVICES, A
3                              COMPONENT OF GENERAL ELECTRIC
                               CAPITAL CORPORATION
4

5  By: _____
6                              JOANNE M. HARMON
7

8  I agree to the above substitution:

9

10 DATED: September 20, 2005  GE HEALTHCARE, A DIVISION OF
                              GENERAL ELECTRIC COMPANY
11

12 By: _____
13                             PATRICK T. MURPHY
14

15     IT IS SO ORDERED:
16
       October 5, 2005
17 DATED: ~~September __, 2005~~

18

19 By: _____
20                             GARLAND E. BURRELL, JR.
                               UNITED STATES DISTRICT JUDGE
21

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 22, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**SUBSTITUTION OF ATTORNEY FOR GE HEALTHCARE FINANCIAL SERVICES AND GE HEALTHCARE FORMERLY KNOWN AS GE MEDICAL SYSTEMS, PURSUANT TO LOCAL RULE 83-182(G); AND PROPOSED ORDER**

in a sealed envelope, postage fully paid, addressed as follows:

Robert Michael Wilson
Law Offices of Robert M. Wilson
The Wells Fargo Center
400 Capitol Mall, Suite 900
Sacramento, CA 95814

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2005, at Los Angeles, California.

Susan Etheredge