1  DENNIS S. ELLIS (SB# 178196)
   JASON M. FRANK (SB# 190957)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   dennisellis@paulhastings.com
3  jasonfrank@paulhastings.com
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
5  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
6
   Attorneys for Plaintiff and Counterdefendant
7  GE HEALTHCARE FINANCIAL SERVICES,
   a component of GENERAL ELECTRIC
8  CAPITAL CORPORATION

9  Attorneys for Counterdefendant GE HEALTHCARE,
   a division of General Electric Company
10 (formerly known as GE MEDICAL SYSTEMS)

11                    UNITED STATES DISTRICT COURT
12                    EASTERN DISTRICT OF CALIFORNIA
13

14
   GE HEALTHCARE FINANCIAL           CASE NO. CIV-S-03-1109-GEB DAD
15 SERVICES,
                                     **SUBSTITUTION OF ATTORNEY
16            Plaintiff,             FOR GE HEALTHCARE
                                     FINANCIAL SERVICES AND GE
17     vs.                           HEALTHCARE, FORMERLY
                                     KNOWN AS GE MEDICAL
18 VIRTUAL IMAGING SYSTEMS,          SYSTEMS, PURSUANT TO LOCAL
   INC. d/b/a CALIFORNIA             RULE 83-182(G); AND PROPOSED
19 HEARTSCAN, and STEPHEN            ORDER**
   TRACKMAN,
20
              Defendants and
21            Counterclaimants,

22     vs.

23 GE HEALTHCARE FINANCIAL
   SERVICES and GENERAL
24 ELECTRIC MEDICAL SYSTEMS
   COMPANY,
25
              Counterdefendants.
26

27

28

LEGAL_USE/4152838.1
09/19/05
                        **SUBSTITUTION OF ATTORNEY**

1         Pursuant to Local Rule 83-182(g), please take notice that the law firm
2 of Paul, Hastings, Janofsky & Walker LLP, and counsel Dennis S. Ellis and Jason
3 M. Frank are replacing the law firm of Sidley, Austin, Brown & Wood LLP and
4 counsel Kathleen L. Roach as attorneys of record in this matter for plaintiff and
5 counterdefendant GE Healthcare Financial Services, a component of General
6 Electric Capital Corporation and counterdefendant GE Healthcare, a division of
7 General Electric Corporation. (GE Healthcare was formerly known as General
8 Electric Medical Systems Company).

10         Please direct future notices and pleadings to: Dennis S. Ellis, Esq. and
11 Jason M. Frank, Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street,
12 Twenty-Fifth Floor, Los Angeles, California 90071.

14         I agree to the above substitution:

16 DATED: September 21, 2005    DENNIS S. ELLIS
                                           JASON M. FRANK
                                           PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                             By: _____
                                                        JASON M. FRANK

21         I agree to the above substitution:

23 DATED: September ___, 2005    KATHLEEN L. ROACH
                                             SIDLEY, AUSTIN, BROWN & WOOD LLP

                                            By: _____
                                                        KATHLEEN L. ROACH

1       Pursuant to Local Rule 83-182(g), please take notice that the law firm of Paul, Hastings, Janofsky & Walker LLP, and counsel Dennis S. Ellis and Jason M. Frank are replacing the law firm of Sidley, Austin, Brown & Wood LLP and counsel Kathleen L. Roach as attorneys of record in this matter for plaintiff and counterdefendant GE Healthcare Financial Services, a component of General Electric Capital Corporation and counterdefendant GE Healthcare, a division of General Electric Corporation. (GE Healthcare was formerly known as General Electric Medical Systems Company).

      Please direct future notices and pleadings to: Dennis S. Ellis, Esq., Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071.

      I agree to the above substitution:

DATED: September __, 2005    DENNIS S. ELLIS
                                 JASON M. FRANK
                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
         JASON M. FRANK

      I agree to the above substitution:

DATED: September 21, 2005    KATHLEEN L. ROACH
                                 SIDLEY, AUSTIN, BROWN & WOOD LLP

By: /s/ Kathleen L. Roach
     KATHLEEN L. ROACH

| | |
|---|---|
| 1 | I agree to the above substitution: |
| 2 | |
| 3 | DATED: September 19, 2005   GE HEALTHCARE FINANCIAL SERVICES, A COMPONENT OF GENERAL ELECTRIC CAPITAL CORPORATION |
| 4 | |
| 5 | |
| 6 | By: /s/ Joanne M. Harmon<br>JOANNE M. HARMON |
| 7 | |
| 8 | I agree to the above substitution: |
| 9 | |
| 10 | DATED: September 20, 2005   GE HEALTHCARE, A DIVISION OF GENERAL ELECTRIC COMPANY |
| 11 | |
| 12 | |
| 13 | By: /s/ Patrick T. Murphy<br>PATRICK T. MURPHY |
| 14 | |
| 15 | IT IS SO ORDERED: |
| 16 | |
| 17 | DATED: October 5, 2005 ~~September __, 2005~~ |
| 18 | |
| 19 | By: /s/ Garland E. Burrell, Jr.<br>GARLAND E. BURRELL, JR.<br>UNITED STATES DISTRICT JUDGE |

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 22, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**SUBSTITUTION OF ATTORNEY FOR GE HEALTHCARE FINANCIAL SERVICES AND GE HEALTHCARE FORMERLY KNOWN AS GE MEDICAL SYSTEMS, PURSUANT TO LOCAL RULE 83-182(G); AND PROPOSED ORDER**

in a sealed envelope, postage fully paid, addressed as follows:

Robert Michael Wilson
Law Offices of Robert M. Wilson
The Wells Fargo Center
400 Capitol Mall, Suite 900
Sacramento, CA 95814

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2005, at Los Angeles, California.

Susan Etheredge

LEGAL_USE/70048321.1

SUBSTITUTION OF ATTORNEY FOR GE
HEALTHCARE FINANCIAL SERVICES
AND GE HEALTHCARE FORMERLY