| | |
|---|---|
| 1 | DENNIS S. ELLIS (SB# 178196) |
| | JASON M. FRANK (SB# 190957) |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | dennisellis@paulhastings.com |
| 3 | jasonfrank@paulhastings.com |
| | 515 South Flower Street |
| 4 | Twenty-Fifth Floor |
| | Los Angeles, CA  90071-2228 |
| 5 | Telephone:  (213) 683-6000 |
| | Facsimile:  (213) 627-0705 |
| 6 | |
| | Attorneys for Plaintiff and Counterdefendant |
| 7 | GE HEALTHCARE FINANCIAL SERVICES, |
| | a component of GENERAL ELECTRIC |
| 8 | CAPITAL CORPORATION |
| 9 | Attorneys for Counterdefendant GE HEALTHCARE, |
| | a division of General Electric Company |
| 10 | (formerly known as GE MEDICAL SYSTEMS) |
| 11 | ROBERT M. WILSON (SB# 122731) |
| | LAW OFFICES OF ROBERT M. WILSON |
| 12 | 400 Capitol Mall, Ninth Floor |
| | Sacramento, CA 95814 |
| 13 | Telephone:  (916) 441-0888 |
| | Facsimile:  (916) 448-7601 |
| 14 | |
| 15 | Attorneys for Defendants/Counterplaintiff |
| | VIRTUAL IMAGING SYSTEMS, INC. d/b/a |
| | CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN, |
| 16 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | GE HEALTHCARE FINANCIAL SERVICES, | CASE NO. CIV-S-03-1109-GEB DAD |
| 21 | | **STIPULATION AND REQUEST** |
| | Plaintiff, | **FOR EXTENSION OF DISCOVERY** |
| 22 | | **DEADLINE AND TRIAL DATE** |
| 23 | vs. | |
| 24 | VIRTUAL IMAGING SYSTEMS, INC. d/b/a CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN, | |
| 25 | | |
| 26 | Defendants and Counterclaimants, | |
| 27 | AND RELATED COUNTERCLAIM | |
| 28 | | |

LEGAL_US_E # 70726567.2
04/11/06
**STIPULATION AND REQUEST FOR EXT. OF DISCOVERY DEADLINE AND TRIAL DATE**

PDF created with pdfFactory trial version www.pdffactory.com

1   The parties hereto do hereby stipulate and request the Court as follows:

2

3   1. The parties have previously entered into Stipulations continuing
4   the trial date to October 17, 2006; continuing the Pre-Trial Conference to July 17,
5   2006; extending the deadline for law and motion hearings to May 22, 2006; and
6   extending the discovery cut-off date until March 26, 2006.

7

8   2. The referral to ENE has been delayed do to the inability to
9   locate a Neutral Evaluator who does not have a conflict.  The parties ultimately
10  agreed to Norm Hile, acknowledging this firm had previously represented a party
11  but no direct on his behalf.   Due to the time it took to resolve conflict issues with
12  potential Neutral and to arrange the schedules of the various parties to attend the
13  mediation, the mediation did not go forward until March 16, 2006.

14

15  3. In an effort to be efficient, the parties refrained from further
16  discovery pending the Voluntary Dispute Resolution session with mediator Norm
17  Hile of Orrick, Herrington & Sutcliffe LLP.

18

19  4. Counsel for Defendant Trackman has closed down his practice
20  and has assumed the position of Executive Director of Sacramento Child
21  Advocates.  Counsel remained on the case through the ENE and is in the process of
22  associating in counsel to further handle the matter.

23

24  5. In light of the foregoing, counsel for Trackman believes that an
25  extension of the deadline for completing discovery, for the hearing date deadline,
26  for the pretrial conference, and for the trial date is necessary and appropriate.

27

28

LEGAL_US_E # 70726567.2
04/11/06
-2-
**STIPULATION AND REQUEST FOR EXT. OF DISCOVERY DEADLINE AND TRIAL DATE**

PDF created with pdfFactory trial version www.pdffactory.com

6. Plaintiff GE Healthcare Financial Services and Counterdefendant GE Healthcare ("GE Parties") do not believe that a lengthy extension of the applicable dates is necessary or warranted.  However, the GE Parties do not object to a modest extension of the relevant dates to the extent that the Court deems such an extension appropriate.

7. The GE Parties noticed the deposition of Defendant Stephen Trackman prior to the current discovery cut-off of March 26, 2006.  Counsel for Trackman has stipulated that this deposition could proceed after the current discovery deadline of March 26.  Based on the foregoing, the GE Parties agreed to take the deposition off calendar, and will schedule the deposition at a mutually acceptable time.

8. Counsel for Trackman has conferred with the Court's Deputy Clerk and has determined the following are the soonest available dates according to the Court's Deputy:

| | |
|---|---|
| Existing trial date:<br>October 17, 2006 | Proposed New Trial Date:<br>July 10, 2007 at 9:00 a.m. |
| Existing Pre-Trial Conference:<br>July 17, 2006 at 2:30 | Proposed Pre-Trial Conference:<br>April 9, 2007 at 3:30 p.m. |
| Last Hearing Date:<br>May 22, 2006 | Proposed Last Hearing Date:<br>February 5, 2007 |
| Existing Discovery Cut-Off:<br>March 26, 2006 | Proposed Discovery Cut-Off:<br>December 5, 2006 |

Counsel for Defendant Trackman requests that the Court adopt the proposed new dates and vacate the current dates set forth above.  Counsel for the GE Parties do not believe that a lengthy extension is necessary, but do not object to a modest extension of the relevant dates to the extent the Court deems such an extension appropriate.

DATED:  April 11, 2006        DENNIS S. ELLIS
                              JASON M. FRANK
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP


                              By:      /s/ Jason M. Frank
                                       JASON M. FRANK

DATED:  April 11, 2006        LAW OFFICES OF ROBERT M. WILSON


                              By:      /s/ Robert M. Wilson
                                       ROBERT M. WILSON

LEGAL_US_E # 70726567.2
04/11/06                      -4-
**STIPULATION AND REQUEST FOR EXT. OF DISCOVERY DEADLINE AND TRIAL DATE**

PDF created with pdfFactory trial version www.pdffactory.com

1  The Request for Extension of Discovery Deadline and Trial Date is hereby
2  GRANTED as set forth below.

3
4  IT IS SO ORDERED:

5  DATED: April 14, 2006
6                  /s/ Garland E. Burrell, Jr.
              GARLAND E. BURRELL, JR.
7                United States District Judge

LEGAL_US_E # 70726567.2            -5-
04/11/06
**STIPULATION AND REQUEST FOR EXT. OF DISCOVERY DEADLINE AND TRIAL DATE**

PDF created with pdfFactory trial version www.pdffactory.com