| | |
|---|---|
| 1 | DENNIS S. ELLIS (SB# 178196) |
| | JASON M. FRANK (SB# 190957) |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | dennisellis@paulhastings.com |
| 3 | jasonfrank@paulhastings.com |
| | 515 South Flower Street |
| 4 | Twenty-Fifth Floor |
| | Los Angeles, CA  90071-2228 |
| 5 | Telephone:  (213) 683-6000 |
| | Facsimile:  (213) 627-0705 |
| 6 | |
| | Attorneys for Plaintiff and Counterdefendant |
| 7 | GE HEALTHCARE FINANCIAL SERVICES, |
| | a component of GENERAL ELECTRIC |
| 8 | CAPITAL CORPORATION |
| 9 | Attorneys for Counterdefendant GE HEALTHCARE, |
| | a division of General Electric Company |
| 10 | (formerly known as GE MEDICAL SYSTEMS) |
| 11 | ROBERT M. WILSON (SB# 122731) |
| | LAW OFFICES OF ROBERT M. WILSON |
| 12 | 400 Capitol Mall, Ninth Floor |
| | Sacramento, CA 95814 |
| 13 | Telephone:  (916) 441-0888 |
| | Facsimile:  (916) 448-7601 |
| 14 | |
| 15 | Attorneys for Defendants/Counterplaintiff |
| | VIRTUAL IMAGING SYSTEMS, INC. d/b/a |
| | CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN, |
| 16 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | GE HEALTHCARE FINANCIAL SERVICES, | CASE NO. CIV-S-03-1109-GEB DAD |
| 21 | Plaintiff, | **STIPULATION AND REQUEST FOR NEW HEARING DATE FOR PLAINTIFF AND COUNTERDEFENDANT GE HEALTHCARE FINANCIAL SERVICES MOTIONS FOR SUMMARY JUDGMENT** |
| 22 | vs. | |
| 23 | VIRTUAL IMAGING SYSTEMS, INC. d/b/a CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN, | |
| 26 | Defendants and Counterclaimants, | |
| 27 | AND RELATED COUNTERCLAIM | |

LEGAL_US_E # 70726618.1
04/11/06

**STIPULATION AND REQUEST FOR NEW SUMMARY JUDGMENT HEARING DATE**

1  The parties hereto do hereby stipulate and request the Court as follows:

2

3  1. The current motion cut-off date in this action is May 22, 2006. On April 7, 2006, Plaintiff and Counterdefendant GE Healthcare Financial Services ("GEHFS") electronically filed its Motion for Summary Judgment, or in the alternative Summary Adjudication, on its Complaint and Defendants' Counterclaim.  GEHFS noticed the hearing date for May 8, 2006, at 9:00 a.m. in accordance with the Court's available calendar dates.

2. Counsel for Defendant Stephen Trackman has indicated that he needs additional time to oppose the motions filed by GEHFS.  The next available hearing date according to the Court's calendar is May 22, 2006 at 9:00 a.m.

Counsel for the parties request that the Court adopt the proposed new hearing date.

DATED:  April 11, 2006        DENNIS S. ELLIS
                              JASON M. FRANK
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP


                              By:_____/s/ Jason M. Frank_____
                                        JASON M. FRANK


DATED:  April 11, 2006        LAW OFFICES OF ROBERT M. WILSON


                              By:_____/s/ Robert M. Wilson_____
                                        ROBERT M. WILSON

LEGAL_US_E # 70726618.1                -2-
04/11/06
**STIPULATION AND REQUEST FOR NEW SUMMARY JUDGMENT HEARING DATE**

PDF created with pdfFactory trial version www.pdffactory.com

1  The Request for a new hearing date of May 22, 2006 at 9:00 a.m. for
2  GEHFS's motions for summary judgment is hereby GRANTED.

IT IS SO ORDERED:

DATED: April 18, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

LEGAL_US_E # 70726618.1
04/11/06
-3-
**STIPULATION AND REQUEST FOR NEW SUMMARY JUDGMENT HEARING DATE**

PDF created with pdfFactory trial version www.pdffactory.com