```
JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendants/Counterclaimant

VIRTUAL IMAGING SYSTEMS, INC., d/b/a/
CALIFORNIA HEARTSCAN and STEPHEN TRACKMAN
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES,<br><br>      Plaintiff,<br>vs.<br><br>VIRTUAL IMAGING SYSTEMS, INC., d/b/a/ CALIFORNIA HEARTSCAN and STEPHEN TRACKMAN,<br><br>      Defendants and Counterclaimants,<br><br>vs.<br><br>GE HEALTHCARE FINANCIAL SERVICES a Component of General Electric Co. And GENERAL ELECTRIC COMPANY,<br><br>      Counterdefendants. | CASE NO. CIV-S-03-1109<br><br>SUBSTITUTION OF ATTORNEY FOR VIRTUAL IMAGING SYSTEMS, INC., d/b/a/ CALIFORNIA HEARTSCAN and STEPHEN TRACKMAN |

Pursant to Local Rule 83-182(g), please take notice that the law firm of Segal & Kirby and counsel James R. Kirby are replacing the law offices of Robert M. Wilson, and counsel Robert Michael Wilson as attorneys of record in this matter for defendant and counterclaimant Virtual Imaging Systems, Inc., d/b/a/ California Heartscan and Stephen Trackman.

///

Please direct future notices and pleadings to: James R. Kirby, II, Segal & Kirby, 770 L Street, Suite 1440, Sacramento, CA 95814.

I agree to the above substitution:

Dated: April 21, 2006        **SEGAL & KIRBY**

_____
JAMES R. KIRBY II

I agree to the above substitution:

Dated: April __, 2006        **LAW OFFICES OF ROBERT M. WILSON**

_____
ROBERT M. WILSON

I agree to the above substitution:

Dated: April __, 2006        **VIRTUAL IMAGING SYSTEMS, INC., d/b/a/ CALIFORNIA HEARTSCAN and STEPHEN TRACKMAN**

By: _____
         Stephen O. Trackman

IT IS SO ORDERED:

Dated:  April 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge