1  DENNIS S. ELLIS (SB # 178196) (dennisellis@paulhastings.com)
   JASON M. FRANK (SB # 190957) (jasonfrank@paulhastings.com)
2  JACOB T. RISNER (SB # 231591) (jacobrisner@paulhastings.com)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street
   Twenty-Fifth Floor
4  Los Angeles, CA  90071-2228
   Telephone: (213) 683-6000
5  Facsimile:  (213) 627-0705

6  Attorneys for Plaintiff and Counterdefendant
   GE HEALTHCARE FINANCIAL SERVICES,
7  a component of GENERAL ELECTRIC
   CAPITAL CORPORATION
8
   Attorneys for Counterdefendant GE HEALTHCARE,
9  a division of General Electric Company
   (formerly known as GE MEDICAL SYSTEMS)
10

11 JAMES R. KIRBY II (SB# 088911)
   JAMES P. MAYO (SB# 169897)
   CANDICE L. FIELDS (SB# 172174)
12 SEGAL & KIRBY
   770 L Street, Suite 1440
13 Sacramento, CA 95814
   Telephone:  (916) 441-0828
14 Facsimile:  (916) 446-6003

15 Attorneys for Defendants/Counterplaintiff
   VIRTUAL IMAGING SYSTEMS, INC. d/b/a
16 CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN,

17                UNITED STATES DISTRICT COURT

18                EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  GE HEALTHCARE FINANCIAL SERVICES, | CASE NO. CIV-S-03-1109-GEB DAD |
| 21       Plaintiff, | **STIPULATION AND REQUEST FOR CONTINUANCE OF THE HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT** |
| 22  vs. | |
| 23  VIRTUAL IMAGING SYSTEMS, INC. d/b/a CALIFORNIA HEARTSCAN, and STEPHEN TRACKMAN, | Old Date:  August 21, 2006<br>New Date:  October 2, 2006<br>New Time:  9 a.m.<br>Courtroom:  Hon. Garland E. Burrell |
| 26       Defendants and Counterclaimants, | |
| 27  AND RELATED COUNTERCLAIM | |
| 28 | |

LEGAL_US_E # 71623102.1
**STIP. & REQ. FOR CONTINUANCE OF HEARING ON MSJ; PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1     Whereas Plaintiff and Counterdefendant GE Healthcare Financial
2  Services ("GEHFS"), a component of General Electric Capital Corporation, and
3  Counterdefendant GE Healthcare, a division of General Electric Company
4  (formerly known as GE Medical Systems), each filed motions for summary
5  judgment, and the Court previously scheduled such motions to be heard on August
6  21, 2006;

7

8     Whereas Defendant and Counterclaimant Stephen Trackman filed a
9  Cross-Motion for Summary Judgment on August 7, 2006, leaving inadequate time
10 for a complete briefing schedule on this separate motion;

11

12    Whereas Jason M. Frank, trial counsel for GEHFS and GE Healthcare,
13 is now unable to appear at an August 21, 2006 hearing;

14

15    ///

16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The parties hereto do hereby stipulate and request the Court as follows:

3 | All three motions for Summary Judgment, currently calendared for August 21, 2006 at 9:00 a.m., be now heard on October 2, 2006, at 9:00 a.m. The briefing schedule shall be based on the new hearing date of October 2, 2006. The parties request that the Court adopt the proposed new date.

DATED:  August 9, 2006

DENNIS S. ELLIS
JASON M. FRANK
JACOB T. RISNER
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:     /s/ Jacob T. Risner
             JACOB T. RISNER

DATED:  August 9, 2006

JAMES R. KIRBY II
JAMES P. MAYO
CANDICE L. FIELDS
SEGAL & KIRBY

By:     /s/ James R. Kirby II
             JAMES R. KIRBY II

1 | The Request to continue the hearing on the Motion for Summary
2 | Judgment is hereby GRANTED as set forth below.
3 |
4 | All three motions for Summary Judgment, currently calendared for
5 | August 21, 2006 at 9:00 a.m., be now heard on October 2, 2006, at 9:00 a.m.  The
6 | briefing schedule shall be based on the new hearing date of October 2, 2006.
7 |
8 | IT IS SO ORDERED:
9 |
10 | DATED:  August 9, 2006

    /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge