IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES,<br><br>            Plaintiff,<br><br>     v.<br><br>VIRTUAL IMAGING SYSTEMS, INC.,<br>d/b/a CALIFORNIA HEARTSCAN, and<br>STEPHEN TRACKMAN,<br><br>            Defendants and<br>            Counterclaimants,<br><br>     v.<br><br>GE HEALTHCARE FINANCIAL SERVICES<br>and GENERAL ELECTRIC MEDICAL<br>SYSTEMS COMPANY,<br><br>            Counterdefendants. | 2:03-cv-1109-GEB-DAD<br><br><br><u>ORDER RE: SETTLEMENT</u><br><u>AND DISPOSITION</u> |

On October 30, 2006, Defendants filed a Notice of Settlement in which they state "[t]he parties have settled this matter" and "will furnish the Court with the appropriate documents as soon as possible." Therefore, a dispositional document shall be filed no later than November 20, 2006. Failure to respond by this deadline may be construed as consent to dismissal of this action

1  without prejudice, and a dismissal order could be filed.  <u>See</u> L.R.
2  16-160(b) ("A failure to file dispositional papers on the date
3  prescribed by the Court may be grounds for sanctions.").
4       IT IS SO ORDERED.
5  Dated:  October 31, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge