DENNIS S. ELLIS (SB # 178196)
JASON M. FRANK (SB # 190957)
JACOB T. RISNER (SB # 231591)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
dennisellis@paulhastings.com
jasonfrank@paulhastings.com
jacobrisner@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

JEFFREY A. CLARK (SB#70546)
CAREY L. MELTON (SB#221923)
jclark@clark-law.net
cmelton@clark-law.net
CLARK & ASSOCIATES, P.C.
2999 Overland Avenue, Suite 204
Los Angeles CA 90064-4243
Telephone: (310) 815-9440
Facsimile: (310) 815-0518

Attorneys for Plaintiff and Counterdefendants,
GE HEALTHCARE FINANCIAL SERVICES,
a component of GENERAL ELECTRIC
CAPITAL CORPORATION, GENERAL ELECTRIC
COMPANY, GENERAL ELECTRIC MEDICAL SYSTEMS CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES, )<br><br>Plaintiff, )<br><br>vs. )<br><br>VIRTUAL IMAGING SYSTEMS, INC. )<br>d/b/a CALIFORNIA HEARTSCAN, and )<br>STEPHEN TRACKMAN, )<br><br>Defendants and )<br>Counterclaimants, )<br>vs. )<br><br>GE HEALTHCARE FINANCIAL )<br>SERVICES and GENERAL ELECTRIC )<br>MEDICAL SYSTEMS COMPANY, )<br><br>Counterdefendants. )<br>_____ ) | Case No. CIV-S-03-1109 GEB DAD<br><br>**STIPULATION AND ORDER RE: EXTENDING DEADLINE FOR FILING DOCUMENTS DISPOSING OF THE CASE AFTER NOTICE OF SETTLEMENT** |

1

**IT IS HEREBY STIPULATED** and agreed, by and between, GENERAL ELECTRIC

COMPANY, a New York corporation, GE HEALTHCARE, a division of GENERAL ELECTRIC

COMPANY, GE HEALTHCARE FINANCIAL SERVICES, formerly a component of General Electric

Company, now a division of General Electric Capital Corporation and GENERAL ELECTRIC

CAPITAL CORPORATION, a Delaware corporation (hereinafter collectively "Plaintiff" or "the GE

Parties"), KENNETH SANDERS, as duly appointed Chapter 7 Trustee for VIRTUAL IMAGING

SYSTEMS, INC. dba CALIFORNIA HEARTSCAN ("VIS"), a Nevada corporation, and STEPHEN

TRACKMAN, an individual (hereinafter "Trackman"), as follows:

## <u>RECITALS</u>

1.     On May 22, 2003, GEHFS filed a Complaint in the matter entitled, *GE Healthcare

Financial Services v. Virtual Imaging Systems, Inc.*, United States District Court, Eastern District of

California, case number CIV-S-03-1109 GEB DAD.  On June 20, 2003, VIS and Trackman filed an

Answer and Counterclaim against GEHFS and General Electric Medical Systems, the prior name for

GE Healthcare.

2.     On June 11, 2003, VIS filed for bankruptcy in the United States Bankruptcy Court,

Eastern District, case number 03-26598.  On August 7, 2003, GEHFS filed a Motion for Relief from the

Automatic Stay so that it could pursue certain claims in the GEHFS lawsuit.  On September 4, 2003, the

Bankruptcy Court granted GEHFS' motion for relief from stay.

3.     The parties to the above-captioned litigation have resolved their differences.  Trackman,

and the GE Parties have agreed to execute a Stipulation for Entry of Judgment Upon Default and

Mutual Release and Settlement Agreement (the "Settlement Documents").  VIS has agreed to release all

of its claims against the GE Parties.

4.     Because VIS remains in bankruptcy, any Settlement Agreement entered into by VIS must

STIPULATION AND ORDER RE: EXTENDING DEADLINE FOR FILING DOCUMENTS DISPOSING OF THE
CASE AFTER NOTICE OF SETTLEMENT

1   be approved by the Bankruptcy Court.  VIS' counsel is in the process of drafting a Motion for Order

2   Approving Settlement Agreement ("Motion") and anticipates filing the Motion on or before November

3   8, 2006.  Pursuant to the United States Bankruptcy Court, Eastern District, Local Rule 9014-1(f), VIS

4   is required to give 28 days notice to interested parties.  Thus, the hearing on the Motion could not be

5   held until the first week in December 2006, at the earliest.  This hearing date is beyond November 20,

6   2006, the date set by this Court for the filing of documents disposing of the case..

7

8          5.          Local Rule 16-160(b) and the Court's order dated October 31, 2006 require that the

9   Parties file documents disposing of the case on or before November 20, 2006.

10

11         6.          While the Parties intend to file a Stipulation for Dismissal, with Prejudice, that allows

12  the Court to retain jurisdiction for the purpose of enforcing the Settlement Agreement, the Parties

13  require approval of the Bankruptcy Court of the Settlement Agreement before any action may be taken

14  by VIS.  The settlement of this matter is expressly conditioned upon bankruptcy court approval of the

15  VIS portion of the settlement.

16

17         7.          In the interest of judicial economy and in order to fully dispose of the Action, the Parties

18  request that the deadline to file documents disposing of the case be extended to December 20, 2006.

19

20         IT IS THEREFORE STIPULATED AND REQUESTED AS FOLLOWS:

21

22                                          **STIPULATION**

23

24         A.          That the Court provide the Parties until December 20, 2006 to file its documents

25                      disposing of the case so that the Bankruptcy Court may hear and rule on VIS' Motion for

26                      Order Approving Settlement Agreement.

27

28         B.          This Stipulation may be executed in counterparts, which, taken together, shall constitute

**STIPULATION AND ORDER RE: EXTENDING DEADLINE FOR FILING DOCUMENTS DISPOSING OF THE
CASE AFTER NOTICE OF SETTLEMENT**

1    the whole of the agreement between the parties. Facsimile signatures shall be considered

2    as binding as if they were original signatures.

3

4                                    **IT IS SO STIPULATED**.

5

6    DATED: November ___, 2006                SEGAL & KIRBY

7

8                                    By:    _____
                                            JAMES R. KIRBY II, attorneys for STEPHEN
9                                           TRACKMAN, an individual, and KENNETH
                                            SANDERS, as duly appointed Chapter 7 Trustee
10                                          for VIRTUAL IMAGING SYSTEMS, INC. dba
                                            CALIFORNIA HEARTSCAN ("VIS")
11

12   DATED: November ___, 2006                CLARK & ASSOCIATES,
13                                            a professional law corporation

14                                    By:         /s/ Jeffrey A. Clark
15                                          _____
                                            JEFFREY A. CLARK, attorneys for
                                            GENERAL ELECTRIC COMPANY, GE
16                                          HEALTHCARE FINANCIAL SERVICES and GE
                                            HEALTHCARE
17

18   DATED: November ___, 2006                PAUL, HASTINGS, JANOFSKY & WALKER
                                              LLP
19
                                      By:         /s/ Jason M. Frank
20                                          _____
                                            JASON M. FRANK, attorneys for
                                            GENERAL ELECTRIC COMPANY, GE
21                                          HEALTHCARE FINANCIAL SERVICES and GE
                                            HEALTHCARE
22
                                              **ORDER**
23

24        **IT IS SO ORDERED.**

25   Dated:  November 6, 2006

26

27                                    _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge
28

                                            4

---

**STIPULATION AND ORDER RE: EXTENDING DEADLINE FOR FILING DOCUMENTS DISPOSING OF THE
CASE AFTER NOTICE OF SETTLEMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RE: EXTENDING DEADLINE FOR FILING DOCUMENTS DISPOSING OF THE CASE AFTER NOTICE OF SETTLEMENT**