IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
GE HEALTHCARE FINANCIAL SERVICES,    )   2:03-cv-1109-GEB-DAD
                                     )
           Plaintiff,                )
                                     )
      v.                             )   ORDER
                                     )
VIRTUAL IMAGING SYSTEMS, INC.,       )
d/b/a CALIFORNIA HEARTSCAN, and      )
STEPHEN TRACKMAN,                    )
                                     )
           Defendants and            )
           Counterclaimants,         )
                                     )
      v.                             )
                                     )
GE HEALTHCARE FINANCIAL SERVICES     )
and GENERAL ELECTRIC MEDICAL         )
SYSTEMS COMPANY,                     )
                                     )
           Counterdefendants.        )
                                     )
```

Pursuant to the Joint Ex Parte Application/Motion for Order Dismissing Action with Prejudice and Retaining Jurisdiction for Purpose of Enforcing Settlement, filed on December 19, 2006, the parties' settlement of this action is approved. Therefore, the Complaint and all counterclaims are dismissed with prejudice, and

1  jurisdiction is retained for purposes of enforcing the Settlement
2  Agreement.
3          IT IS SO ORDERED.
4  Dated:  January 5, 2007
   _____
5                                  GARLAND E. BURRELL, JR.
                                   United States District Judge

2